

# THE ATTORNEY GENERAL
## OF TEXAS

### AUSTIN, TEXAS 78711

CRAWFORD C. MARTIN
ATTORNEY GENERAL

June 7, 1972

Dr. George J. Beto
Director
Texas Department of
  Corrections
Huntsville, Texas   77340

Dear Dr. Beto:

Opinion No. M-1156

Re:   Determination of accumu-
      lation vacation under
      Article 6252-8a, Vernon's
      Civil Statutes.

You request our opinion on the maximum vacation accumulation that can be used in determining death benefits as provided in Article 6252-8a, Vernon's Civil Statutes. Section 2 of that Article reads as follows:

> "Upon the death of a state employee, the state shall pay his estate for all of the employee's accumulated vacation leave and for one-half of his accumulated sick leave. The payment shall be calculated at the rate of compensation being paid the employee at the time of his death." (Emphasis added.)

In our Opinion No. M-1075 (February, 1972), we held that vacation entitlement was a benefit and right that accrues proportionately for each month of service during the year and becomes a vested right of an employee.

In Opinion No. M-984 (November, 1971), we held that an employee's vacation entitlement may include but is limited to that vacation time that was accumulated in the two (2) prior fiscal years, plus that time which has accrued in the current year.

Therefore, it is our opinion that the maximum death benefits on vacation entitlement payable under Section 2 of Article 6252-8a, would be that vacation entitlement accumulated during the two (2) fiscal years prior to the death of the employee, plus the time accrued monthly during the fiscal year that the employee dies.

-5640-

SUMMARY

The estate of an employee is entitled to, as death benefit under Article 6252-8a, V.C.S., all the accumulated vacation time that has accrued in the two (2) prior fiscal years, plus that time that has accrued during the year of the death of the employee.

Yours very truly,

CRAWFORD C. MARTIN
Attorney General of Texas

Prepared by Linward Shivers
Assistant Attorney General

APPROVED:
OPINION COMMITTEE

Kerns Taylor, Chairman
W. E. Allen, Co-Chairman
Rex H. White, Jr.
David Longoria
Guy Fisher
Max Hamilton

SAMUEL D. McDANIEL
Staff Legal Assistant

ALFRED WALKER
Executive Assistant

NOLA WHITE
First Assistant